FILED

2022 NOV -2 PM 12: 18

CLERK, US DISTRICT COURT
FLORIDA

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
### for the

DENNIS RODRIGUEZ
_____
Petitioner

v.

WARDEN-FCI COLEMAN LOW
_____
Respondent
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)
)

Case No. 5:22 CV-520·JLB-PRL
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Dennis Rodriguez
    (b) Other names you have used: N/A

2.  Place of confinement:
    (a) Name of institution: FCI Coleman Low
    (b) Address: P.O. Box 1031, Coleman, FL 33521

    (c) Your identification number: 07958-104

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: U.S. Distrtict Court for the Southern District of Florida
        (b) Docket number of criminal case: 9:15-cr-80077-ROSENBERG
        (c) Date of sentencing: Dec. 30, 2015
    ☐ Being held on an immigration charge
    ☐ Other (explain):
    _____
    _____
    _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☒ Disciplinary proceedings

☐ Other (explain):

_____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  Federal Bureau of Prisons
                                               Coleman, FL

(b) Docket number, case number, or opinion number:  3604171

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

Determination of guilt on disciplinary incident report and disallowance of good conduct time ("GCT")

(d) Date of the decision or action:  Mar. 17, 2022

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court  Fed. Bureau of Prisons Regional Ofc.

(2) Date of filing:  Mar. 29, 2022

(3) Docket number, case number, or opinion number: 1119216-R1

(4) Result:  Denied relief

(5) Date of result:  May 23, 2022

(6) Issues raised:  Lack of evidence and due process violations

(b) If you answered "No," explain why you did not appeal:  N/A

8  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

Page 3 of 8

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: Fed. Bureau of Prisons  Central Ofc.

        (2) Date of filing:  June 16, 2022

        (3) Docket number, case number, or opinion number: 1119216-A1

        (4) Result: Denied relief

        (5) Date of result: Sept. 7, 2022

        (6) Issues raised:  Lack of evidence and due process violations

    (b) If you answered "No," explain why you did not file a second appeal:  N/A

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:  N/A

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

     No agency or office to file a third appeal with

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☒ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

Page 5 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

12.     **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Lack of evidence to support a finding of guilt [See attached Memorandum of Law]

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The record evidence shows there was no evidence of actual possession of contraband and Fed. Bureau of Prisons misapplied the use of "constructive possession" when more then 130 people had access to the location.  [See attached Memorandum of Law for more detail]

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes        ☐ No

**GROUND TWO:** Violation of due process [See attached Memorandum of Law]

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The record reflects Fed. Bureau of Prisons failed to comply with its Program Statement 5270.09 and 28 C.F.R. §§ 541.5(b) and 541.8(b) by not assigning an independent investigator, thus depriving Movant of the right to identify and call witnesses.  [See attached Memorandum of Law for more detail]

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes        ☐ No

**GROUND THREE:** Violation of due process [See attached Memorandum of Law]

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Movant was ignored at the disciplinary hearing and witnesses were not called despite the potential for exclupatory evidence.  [See attached Memorandum of Law for more detail]

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes        ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 212 (Rev. 09/17) Petition for a Writ of Habea- Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   N/A

**Request for Relief**

15.  State exactly what you want the court to do:   Reversal of the erroneous determination of the Fed. Bureau of Prisons, expungement of the disciplinary proceeding and sanctions, and reinstatement of lost good conduct time

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system.

*10 - 24 - 2022*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *10 - 24 - 2022*

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.